BIS | BARNES IACCARINO & SHEPHERD LLP
ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Omar Saleem, Jr.

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

November 3, 2026

*Via ECF*
Judge Ann Donnelly
United States Courthouse, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Coggins v. 297 Lenox Realty Co., et al.
**1:92-cv-06125-AMD-CLP**

Dear Judge Donnelly:

This firm is counsel to defendant Local 2. I write in response and opposition to plaintiff Coggins' letter to the Court filed 10-08-26, Dkt. 119. Plaintiff's letter is the fifth letter to the Court questioning and protesting (seeking reconsideration of) the judgment against him which was entered in **July 1996:**

Dkt. 110; 7-31-2025; Denied #115; 10-23-2025
116; denied 4-23-2026
117; denied 7-09-2026
118; denied 9-16-2026
119

Although the Court will likely again deny relief since, yet again, no new grounds are raised, and the untimeliness grows yet worse, I request some additional relief for the purpose of deterrence. Otherwise, if plaintiff has filed five (5) times, he will file ten more times. Monetary sanctions could be appropriate, scaled for plaintiffs *pro se* status. The usual relief for serial frivolous filers – requirement of court permission to seek *in forma pauperis* filing status – would not apply, since initial complaints are not being filed herein. I invite the Court's knowledge and experience in crafting appropriate deterrence. No doubt the plaintiff should have the opportunity to show cause why such relief should not be granted.

Prejudice would inure absent deterrence. "Frequent frivolous filings work to diminish the ability of the courts to manage their dockets for the efficient administration of justice." *Lettieri v. Harrington,* 2025 U.S. Dist. LEXIS 102370 * (EDNY 2025). The undersigned is the last lawyer standing who remembers this case. Lead counsel has retired. Other counsel who handled the matter

left this firm 30 years ago.[1] It is unfair that defendant Local 2 will have to retain attorneys from time to time specifically to handle this 30 years old zombie matter. *See also, Uppal v. Bank of Amer.,* 2019 U.S. Dist. LEXIS 189277 * (SDNY 2019); *In Re Uppal,* 2019 U.S. Dist. LEXIS 189976 * (SDNY 2019).

Thank you for your consideration.

Yours truly,

Steven H. Kern, Esq.

SHK/id
cc: Mario Coggins (regular mail)
Jack Harari, Esq. (email)

[1] Jack Harari, Esq. particularly asks to be taken off the Efiling list, since he last worked for this firm 30 years ago.